BEFORE: MICHAEL L. ORENSTEIN  DATE <u>November 30, 2006</u>

UNITED STATES MAGISTRATE JUDGE  TIME ON: <u>11:30</u>
TIME OFF: _____

DOCKET# <u>CV 05-4748</u>  ASSIGNED JUDGE: <u>VITALIANO</u>

CASE NAME: <u>Online Benefits v. Benefits Technology</u>

CIVIL CONFERENCE

Initial ___ Status <u>X</u> Discovery ___ Settlement ___

Pretrial ___ Pre-Motion ___

Motion _____

TAPE # _____

APPEARANCES:   Plaintiff   _____

Defendant  _____

Discovery completed by  _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference  _____

Pre-Trial Order filed by  _____

Plaintiff  _____

Defendant  _____

THE FOLLOWING RULINGS WERE MADE: *Report and Recommendation*. No appearance by defendant by counsel or corporate principal has not been entered this court. This court reports and recommends that the defendants answer be stricken and defendants counterclaim be dismissed. See Order dated 10/31/06 + cases cited therein. Fed. R. Civ. P. 16(f) and 41. This court's order dated 10/31/06 was mailed to corporate principal.

## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of the Court with a copy to the undersigned within ten (10) days of serving of the date of this Report. Failure to file objections within this period waives the right to appeal the District Court's Order. *See* 28 U.S.C. 636 (b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); *Beverly v. Walker*, 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchants Bank*, 84 F.3d 52, 60 (2d Cir. 1996); *IUE AFL-CIO Pension Fund v. Herrmann*, 9 F.3d 1049, 1054 (2d Cir. 1993); *Roldan v. Racette*, 984 F.2d 85, 89 (2d Cir. 1993); *Frank v. Johnson*, 968 F.2d 298, 299 (2d Cir. 1992).

Dated: Central Islip, New York
11/30/06

MICHAEL L. ORENSTEIN
United States Magistrate Judge